UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

          Plaintiff,

   v.

DEPARTMENT OF STATE,

          Defendant.

Civil Action No. 24-3622 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's February 10, 2025 minute order, Plaintiff the Functional Government Initiative and Defendant the Department of State respectfully submit this joint status report.  The parties report as follows:

1.     This lawsuit stems from two Freedom of Information Act requests that Plaintiff sent to the Department seeking communications involving various named Department officials regarding the European Union's Digital Services Act.  Compl. ¶¶ 14, 18.

2.     The Department is continuing to search for potentially responsive records and anticipates completing that process in the coming weeks.

3.     Once the Department has determined the approximate volume of potentially responsive records, the Department and Plaintiff will discuss whether any narrowing is necessary and if not, the Department will propose a date for its initial production.

4.     The parties respectfully propose filing another joint status report in thirty days, on March 27, 2025.

Dated: February 24, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

   /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By: */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*