UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 24-3622 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's April 29, 2025 minute order, Plaintiff the Functional Government Initiative and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from two Freedom of Information Act requests that Plaintiff sent to the Department seeking communications involving various named Department officials regarding the European Union's Digital Services Act. Compl. ¶¶ 14, 18.

2. Since the last joint status report (ECF No. 7), the parties have had additional discussions on narrowing the scope of the request.

3. Plaintiff will propose additional search terms in an effort to decrease the number of potentially responsive records, and the parties will work to reach an agreement regarding what type of information Defendant can exclude as non-responsive.

4. The parties respectfully propose filing another joint status report in sixty days, on August 26, 2025.

| | |
|---|---|
| Dated: June 27, 2025<br>       Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| __/s/ Jeremiah L. Morgan_____<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | By: */s/ John J. Bardo*_____<br>     JOHN J. BARDO, D.C. Bar #1655534<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 870-6770<br><br>*Attorneys for the United States of America* |

2