UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 24-3622 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's June 30, 2025 minute order, Plaintiff the Functional Government Initiative and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from three Freedom of Information Act requests that Plaintiff sent to the Department seeking communications involving various named Department officials regarding the European Union's Digital Services Act. Compl. ¶¶ 14, 18.

2. On August 26, 2025, Plaintiff provided Defendant with additional suggestions to narrow certain of their requests. Defendant will engage with Plaintiff on these suggestions and provide an update to the court in its next joint status report.

3. The parties respectfully propose filing another joint status report in sixty days on October 27, 2025.

\*   \*   \*

| | |
|---|---|
| Dated: August 26, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| _/s/ Jeremiah L. Morgan_<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | By: */s/ John J. Bardo*<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America* |