UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 24-3622 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 22, 2025 minute order, Plaintiff the Functional Government Initiative and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1.　This lawsuit stems from two Freedom of Information Act requests that Plaintiff sent to the Department seeking communications involving various named Department officials regarding the European Union's Digital Services Act. See ECF No. 1-2 at 2, 16.

2.　The parties have reached an agreement regarding the scope of the first request.

3.　The parties continue to discuss ways to narrow the second request.

4.　The parties respectfully propose filing another joint status report in sixty days, on April 20, 2026.

\*　　\*　　\*

Dated: February 17, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By: */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*