UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF STATE,<br><br>          Defendant. | Civil Action No. 24-3622 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's February 18, 2026 minute order, Plaintiff the Functional Government Initiative and Defendant the Department of State respectfully submit this joint status report.  The parties report as follows:

1.      This lawsuit stems from three Freedom of Information Act requests that Plaintiff sent to the Department seeking communications involving various named Department officials regarding the European Union's Digital Services Act.

2.      The three requests are numbered F-2024-22053, F-2024-22054, and F-2025-00882 and the parties have reached an agreement regarding the scope of each request.

3.      The Department has identified approximately 1,700 records potentially responsive to F-2025-00882 and will begin processing those records.

4.      The Department has also identified approximately 1,600 records potentially responsive to F-2024-22053 and F-2024-22054 and will begin processing those records.

5.      The parties respectfully propose filing another joint status report in sixty days, on June 22, 2026.

Dated: April 20, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

  */s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By: */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*

2